# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

CLARENCE PAUL COLE
AND
SANDRA ANNETTE COLE

Debtors

Chapter 13

Case No. 18-11211-BFK

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** – Second Material default by Debtors as is reflected in the attached Trustee's Report of Receipts and Disbursements. Trustee previously filed a Motion to Dismiss for material default which he withdrew when Debtors became current. Debtors have since again become delinquent and have not made a Plan payment since December, 2019.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court

**Notice and Motion to Dismiss**
Clarence Paul Cole and Sandra Annette Cole, Case #18-11211-BFK

will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 9, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __March 6, 2020_____                         __/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman
                                                    Chapter 13 Trustee
                                                    300 N. Washington Street, #400
                                                    Alexandria, VA 22314
                                                    (703) 836-2226
                                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of March, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Clarence Paul Cole | John C. Morgan, Jr., Esquire |
| Sandra Annette Cole | Attorney for Debtor |
| Chapter 13 Debtors | New Day Legal, PLLC. |
| 10045 Meetze Rd. | 98 Alexandria Pike, Ste. 10 |
| Midland, VA 22728 | Warrenton, VA 20186 |

                                                    ___/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/06/2020

CASE NO: 18-11211-BFK
STATUS: BASE PLAN

| | | |
|---|---|---|
| DEBTOR: XXX-XX-8938 | JOINT DEBTOR: XXX-XX-2671 | SCHEDULE: 916.00 MONTHLY |
| COLE, CLARENCE PAUL | COLE, SANDRA ANNETTE | TOTAL PAID: 13,546.00 |
| AKA: | | |

DATE FILED: 04/05/2018
10045 MEETZE RD.
MIDLAND, VA 22728

10045 MEETZE RD.
MIDLAND, VA 22728

CONFIRMED: 06/26/2018
LATEST 341: 05/01/2018
PERCENTAGE: 1.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 05/2018

ATTORNEY: NEW DAY LEGAL, PLLC
NEW DAY LEGAL, PLLC
98 ALEXANDRIA PIKE, STE. 10
WARRENTON, VA 20186
Phone:540 349-3232 Fax: 540 349-1278

ON SCHEDULE: 15,378.00
ACTUAL PAYMENTS: 13,546.00
AMOUNT BEHIND: 1,832.00

Needed to Complete Base:
BASE: 50,186.00
36,640.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 12/16/19 | MO | 916.00 |
| 11/15/19 | MO | 916.00 |
| 10/31/19 | MO | 916.00 |
| 09/09/19 | MO | 916.00 |
| 08/05/19 | MO | 916.00 |
| 07/08/19 | MO | 916.00 |
| 06/06/19 | MO | 575.00 |
| 05/06/19 | MO | 575.00 |
| 04/08/19 | MO | 575.00 |
| 03/18/19 | MO | 1,000.00 |
| 03/18/19 | MO | 725.00 |
| 03/04/19 | MO | 575.00 |
| 11/05/18 | MO | 575.00 |
| 10/09/18 | MO | 575.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 338377 | SN SERVICING CORPORATON | FIX 12/2019 | SEC 100.00 | | 641.86 6,454.91 | 32,734.46 32,734.46 | 32,734.46 32,734.46 | 7,666.01 0.00 | 25,068.45 0.00 |
| 002 | 340615 | FAST AUTO LOANS, INC U/S PORTION | PRO | UNS 1.00 | | 0.00 0.00 | 41.24 0.00 | 41.24 0.41 | 0.00 0.41 | 0.41 0.00 |
| 002 | 340615 | FAST AUTO LOANS, INC | FIX 05/2019 | SEC 100.00 | 04/05/2018 5.2500 | 113.58 0.00 | 1,325.00 1,325.00 | 1,325.00 1,325.00 | 1,325.00 50.41 | 0.00 0.00 |
| 003 | 279239 | TREASURER - FAUQUIER COUNTY | FIX 12/2019 | SEC 100.00 | 04/05/2018 5.2500 | 25.21 50.42 | 3,674.83 1,150.00 | 1,150.00 1,150.00 | 412.07 92.13 | 737.93 9.69 |
| 003 | 279239 | TREASURER - FAUQUIER COUNTY APP UNSECURED PORTION | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 2,524.83 | 2,524.83 25.25 | 0.00 25.25 | 25.25 0.00 |
| 004 | 348471 | INDIAN ACRES CLUB CLAIM FILED FULLY UNSECURED | PRO | UNS 1.00 | | 0.00 0.00 | 5,312.59 5,312.59 | 5,312.59 53.13 | 0.00 53.13 | 53.13 0.00 |
| 005 | 347102 | SPOTSYLVANIA COUNTY | FIX 04/2019 | SEC 100.00 | | 25.00 0.00 | 205.30 188.48 | 205.30 205.30 | 205.30 0.00 | 0.00 0.00 |
| 006 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 480.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 224.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 136.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 74.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 64.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 61.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 50.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 304992 | AMERICAN COLLECTION ENTERPRISE, | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 50.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 340241 | CITIBANK BANKRUPTCY DEPT THE HOME DEPOT | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 623.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 329720 | CREDIT CONTROL CORP | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,433.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 329720 | CREDIT CONTROL CORP | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 633.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 329720 | CREDIT CONTROL CORP | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 422.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 018 | 333506 | DRLEONARDS | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 64.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 348312 | DR. ZAREEN BABAR | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 675.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 020 | 348313 | JL WALSTON & ASSOCIATES | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 423.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 021 | 348313 | JL WALSTON & ASSOCIATES | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 199.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                    Case Power® 12.1

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/06/2020

CASE NO: 18-11211-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-8938 COLE, CLARENCE PAUL
JOINT DEBTOR: XXX-XX-2671 COLE, SANDRA ANNETTE
SCHEDULE: 916.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 022 | 348313 | JL WALSTON & ASSOCIATES | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 171.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 023 | 332103 | CAPITAL ONE, NA | PRO | UNS 1.00 | | 0.00 0.00 | 2,468.10 2,468.00 | 2,468.10 24.68 | 0.00 0.00 | 24.68 0.00 |
| 024 | 332103 | CAPITAL ONE, NA | PRO | UNS 1.00 | | 0.00 0.00 | 614.78 614.00 | 614.78 6.15 | 0.00 0.00 | 6.15 0.00 |
| 025 | 338827 | MIDLAND FUNDING LLC / SCH AMT UNKNOWN, FINGETHUT | PRO | UNS 1.00 | | 0.00 0.00 | 696.29 0.00 | 696.29 6.96 | 0.00 0.00 | 6.96 0.00 |
| 026 | 338827 | MIDLAND FUNDING LLC / AMT UNKNOWN | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | PORT | PORTFOLIO RECOVERY ASSOCIATES / PEEBLES | PRO | UNS 1.00 | | 0.00 0.00 | 1,277.69 1,278.00 | 1,277.69 12.78 | 0.00 0.00 | 12.78 0.00 |
| 028 | PORT | PORTFOLIO RECOVERY ASSOCIATES | PRO | UNS 1.00 | | 0.00 0.00 | 679.45 679.00 | 679.45 6.79 | 0.00 0.00 | 6.79 0.00 |
| 029 | PORT | PORTFOLIO RECOVERY ASSOCIATES / AVOID IN 8A OF PLAN | PRO | SEC 100.00 | | 0.00 0.00 | 1,409.76 1,854.00 | 1,409.76 1,409.76 | 0.00 0.00 | 1,409.76 0.00 |
| 030 | 309451 | PRINCE WILLIAM CARDIOLOGY | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 384.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 031 | 348314 | RETENTION ADVOCACY LEGAL GROUP | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 032 | 327063 | SANTANDER CONSUMER | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 6,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 033 | LVNV | LVNV FUNDING LLC. / SPRINGLEAF FINANCIAL | PRO | UNS 1.00 | | 0.00 0.00 | 5,427.17 3,686.00 | 5,427.17 54.27 | 0.00 0.00 | 54.27 0.00 |
| 034 | 348231 | TARGET | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,034.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 035 | 274690 | THE FAUQUIER BANK | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 900.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 036 | 348315 | TRANSWORLD SYSTEMS INC. | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 119.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 037 | 305153 | UNITED CONSUMERS, INC | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 271.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 038 | 269241 | VALLEY CREDIT SVC | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 86.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 039 | 348316 | RTO NATIONAL, LLC | FIX | SEC 100.00 | 16.17 80.85 | | 97.02 97.02 | 97.02 97.02 | 0.00 0.00 | 97.02 0.00 |
| 040 | 348515 | UVA MEDICAL CENTER / UNLISTED - NO RESP - ALLOW & PAY | PRO | UNS 1.00 | | 0.00 0.00 | 1,874.55 0.00 | 1,874.55 18.75 | 0.00 0.00 | 18.75 0.00 |
| 041 | 346466 | UVA PHYSICIAN'S GROUP / UL-BULLCITYFINANCIAL-NO RESP- ALLC | PRO | UNS 1.00 | | 0.00 0.00 | 114.30 0.00 | 114.30 1.14 | 0.00 0.00 | 1.14 0.00 |
| 799 | MORGAN | NEW DAY LEGAL, PLLC | PRO 10/2018 | ATY 100.00 | | 0.00 0.00 | 5,223.00 5,223.00 | 3,000.00 3,000.00 | 3,000.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 771.48 | 771.48 | |
| | | TOTALS: | | | | 821.82 6,586.18 | 63,175.53 73,710.38 | 61,724.01 40,903.33 | 13,379.86 142.54 | 27,523.47 9.69 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,223.00 | 0.00 | 37,348.96 | 31,138.42 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 0.00 | 36,921.54 | 210.31 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,000.00 | 0.00 | 9,608.38 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 27,313.16 | 210.31 | 0.00 | DUE CREDITORS: | 27,533.16 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 9.69 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,818.33 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 23.60 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 27,322.85 | 210.31 | 0.00 | APPROX BALANCE: | 29,327.89 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                Case Power® 12.1